UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JCHON PERKINS,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.
_____/

Case No. 1:24-cv-25

HON. JANE M. BECKERING

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: January 27, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge